JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES D. MINOR,<br><br>                Plaintiff,<br><br>    vs.<br><br>DOUGLAS SHULMAN, in his official capacity as Commissioner, Internal Revenue Service, and SELVI STANISLAUS, in her official capacity as Executive Officer, California Franchise Tax Board,<br><br>                Defendants. | CASE NO. CV 09-01799 MMM (SSx)<br><br>JUDGMENT FOR DEFENDANT SHULMAN |

On June 1, 2009, the court issued an order granting the United States' motion to dismiss plaintiff Charles D. Minor's claims against federal defendant Douglas Shulman for failure to state a claim upon which relief can be granted. As the dismissal eliminates federal question jurisdiction, the balance of the action is remanded to state court for further proceedings. Accordingly,

    IT IS ORDERED AND ADJUDGED

1. That plaintiff take nothing by way of his complaint against Douglas Shulman and that plaintiff's claims against Shulman be dismissed with prejudice; and

2. That plaintiff's claims against defendant Selvi Stanislaus, in her official capacity as Executive Officer of the California Franchise Tax Board, be remanded forthwith to state court for further proceedings.

DATED: May 29, 2009

       */s/ Margaret M. Morrow*
       MARGARET M. MORROW
       UNITED STATES DISTRICT JUDGE